```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03797
   CATALINA RAMOS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-7056


--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/20/08 .

   2.  The case was dismissed without confirmation, 05/23/2008.

--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG       .00           .00           .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE  NOT FILED          .00           .00
GMAC PAYMENT CENTER       SECURED VEHIC       .00           .00           .00
WILL COUNTY TREASURER     SECURED             .00           .00           .00
GEMB                      UNSECURED      NOT FILED          .00           .00
HSBC                      UNSECURED      NOT FILED          .00           .00
ILLINOIS COLLECTION SERV  UNSECURED      NOT FILED          .00           .00
MRSI                      UNSECURED      NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED      NOT FILED          .00           .00
        Summary of disbursements:
--------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
--------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00         .00          .00         .00          .00
PRINCIPAL PAID         .00         .00          .00         .00          .00
INTEREST PAID          .00         .00          .00         .00          .00
TOTAL PAID             .00         .00          .00         .00          .00
The Debtor's attorney, JOHN C DENT              , was allowed $    3500.00
and was paid $    315.00  direct and $      .00 through the plan.

The Trustee received $       .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 08/20/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
         CASE NO. 08 B 03797 CATALINA RAMOS
```